MEYER EDELSTEIN, Respondent, v. SANTINI BROS., INC., Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

GREATER NEW YORK EXPORT HOUSE, INC., Appellant, v. ARTHUR L. PIERSON and Others, Defendants. CHARLES I. FRANK, Individually and as Trustee under an Agreement Made between HURTJAM REALTY CORPORATION and the Said Trustee et al., and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

HARLEM SAVINGS BANK, Respondent, v. 61 WEST 74TH STREET HOLDING CORPORATION, Appellant, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

ISRAEL KLEINMAN, Appellant, v. ALPHONSE A. SHELARE and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KNICKERBOCKER VILLAGE, INC., Appellant, v. WILLIAM STANLEY MILLER and Others, Constituting the Board of Taxes and Assessments of the Department of Taxes and Assessments, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

JAMES F. EGAN, Public Administrator, as Administrator, etc., of IVAR KREUGER, Deceased, Respondent, v. JORDAHL & Co., INC., and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion, on the ground that the complaint does not state facts sufficient to constitute a cause of action.

JAMES F. EGAN, Public Administrator, as Administrator, etc., of IVAR KREUGER, Deceased, Respondent, v. JORDAHL & Co., INC., and Others, Appellants, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

LOUIS GALLOPIN, Appellant, v. ANGLO-SOUTH AMERICAN TRUST COMPANY, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint, if so advised, within ten days after service of order upon payment of said costs and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK C. STEUP and CHESTER W. McNALLY, Appellants.— Judgments and orders unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.